# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TACOS QUIROGA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MATSON ALARM CO., INC.<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. 1:09cv1412 AWI DLB<br><br>ORDER REQUIRING PLAINTIFF TO EITHER SUBMIT FILING FEE OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS |

Plaintiff Tacos Quiroga ("Plaintiff") is proceeding pro se in this action, filed on August 12, 2009. However, Plaintiff submitted neither the $350.00 filing fee nor an application to proceed in forma pauperis pursuant to 28 U. S. C. § 1915.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff an application to proceed in forma pauperis.
2. Within thirty (30) days from the date of service of this order, Plaintiff shall either submit the $350.00 filing fee in full or file a completed application to proceed in forma pauperis.
3. <u>Failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated:   **August 18, 2009**　　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE